# ELECTRONIC RECORD

COA # 05-14-00230-CR          OFFENSE: 22.02

STYLE: Russell R. Whitehead v. The State of Texas          COUNTY: Kaufman

COA DISPOSITION:     AFFIRM          TRIAL COURT: County Court At Law No. 1

DATE: 12/31/2014          Publish: NO     TC CASE #:     31618CC

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Russell R. Whitehead v. The State of Texas          CCA #: 137-15

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 04/22/2015

JUDGE: _____

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**